105 A.3d 627

IN THE MATTER OF GEORGE J. OTLOWSKI, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 247121968).

January 15, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–067, concluding that **GEORGE J. OTLOW-**

SKI, JR., of **PERTH AMBOY,** who was admitted to the bar of this State in 1968, should be suspended from the practice of law for a period of three months for violating *RPC* 8.1(a) (false statement of material fact in connection with a disciplinary matter), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court this date having granted respondent's petition for review in respect of DRB 14–067, and having determined that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **GEORGE J. OTLOWSKI, JR.,** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.